UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHRISTOPHER KYRIAKIDES,**

    **Plaintiff,**

v.         **Case No: 6:16-cv-981-Orl-41KRS**

**GATEWAY MERCHANT CAPITAL, LLC,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal (Doc. 11), dismissing this case with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 24, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record